UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN VANFOSSAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARNEL DELOS SANTOS, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00173-DAD-EPG (PC)<br><br>ORDER VACATING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 28) |

　　　　On February 8, 2021, the Court set an initial scheduling conference in this action. (ECF No. 28). The conference is currently set for March 26, 2021, at 11:00 a.m. (Id.). In that same order the Court required the parties to exchange initial disclosures thirty days before the conference and to file scheduling conference statements fourteen days before the conference. (Id.).

　　　　In light of the coronavirus (COVID-19) pandemic and the evolving coronavirus protocols, the initial scheduling conference is VACATED. The parties are still required to exchange initial disclosures no later than February 24, 2021 and to file scheduling conference statements no later than March 12, 2021. The Court will issue a scheduling order after reviewing the parties' scheduling conference statements.

IT IS SO ORDERED.

　　Dated:　**February 12, 2021**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE