UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN VANFOSSAN,<br><br>Plaintiff,<br><br>v.<br><br>ARNEL DELOS SANTOS, et al.,<br><br>Defendants. | No.  1:20-cv-00173-DAD-EPG (PC)<br><br>ORDER AMENDING PREVIOUS ORDER<br><br>(ECF No. 30)<br><br>ORDER DENYING MOTION FOR AN EXTENSION OF TIME AS MOOT<br><br>(ECF No. 31) |

On February 9, 2021, the Court set a mandatory scheduling conference for May 26, 2021. (ECF No. 28). On February 16, 2021, the Court vacated the scheduling conference and ordered the parties to exchange initial disclosures and file scheduling conference statements on dates certain. (ECF No. 30). On March 4, 2021, Plaintiff Benjamin VanFossan ("Plaintiff"), a state inmate proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983, filed a motion entitled Plaintiff's Objection to the Order Vacating Initial Scheduling Conference and Motion for Extension for 60 Days Under Local Rule 142. (ECF No. 31).

Plaintiff's motion noted that the Court's order February 16, 2021 order incorrectly stated the date of the scheduling conference was March 26, 2021, not May 26, 2021. Plaintiff then requested an extra 60 days to prepare his scheduling conference statement.

Plaintiff is correct that the Court mistakenly referred to the wrong date for the scheduling

conference in its order. Thus, the remaining dates listed in the order were also incorrect. The Court will therefore amend the dates provided.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall exchange initial disclosures no later than April 26, 2021 and shall file a scheduling conference statement no later than May 12, 2021; and
2. Plaintiff's motion for an extension of time is DENIED, AS MOOT.

IT IS SO ORDERED.

Dated:  **March 8, 2021**         /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE