IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN VANFOSSAN,**<br><br>                              Plaintiff,<br><br>v.<br><br>**ARNEL DELOS SANTOS,**<br><br>                              Defendants. | Case No. 1:20-cv-00173-DAD-EPG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES**<br><br>**(ECF No. 43)** |

On June 11, 2021, Defendants De Los Santos, Gonzales, Robles, Huerta, Alkire, Cruz, Amaya, and Lewandowski sought a second request for extension of time to file an opposition to Plaintiff's motion for summary judgment regarding the exhaustion of administrative remedies, and cross-motion for summary judgment regarding the same. Good cause having been shown, Defendants' motion (ECF No. 43) is granted. Defendants' opposition and cross motion for summary judgment on the issue of exhaustion of administrative remedies is due August 27, 2021, the current date set by the Court for filing such motions.

IT IS SO ORDERED.

Dated:   **June 14, 2021**                                   /s/ Erica P. Grosjean
                                                                              UNITED STATES MAGISTRATE JUDGE