UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN VANFOSSAN,<br><br>   Plaintiff,<br><br>  v.<br><br>ARNEL DE LOS SANTOS, et al.,<br><br>   Defendants. | Case No. 1:20-cv-00173-DAD-EPG<br><br>ORDER GRANTING THIRD MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 64) |

  Plaintiff Benjamin VanFossan is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter is before the Court on Defendants' third motion to modify the scheduling order. (ECF No. 64). As grounds, Defendants state that they have "noticed Plaintiff's deposition for April 26, 2022, but will require additional time afterwards for transcription and to afford Plaintiff time to review and certify the deposition transcript." (*Id.* at 1).

  Finding good cause for an extension, IT IS ORDERED as follows:

  1. Defendants' third motion to modify the scheduling order (ECF No. 64) is granted;

  2. The scheduling order (ECF No. 41) is modified as follows:

    a. The April 28, 2022 non-expert discovery deadline, is reset for June 27, 2022; and

    b. The May 30, 2022 dispositive-motion deadline is reset for August 29,

1

2022.[1]

IT IS SO ORDERED.

Dated:   **April 14, 2022**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants requested an extension to August 28, 2022, but that day is a Sunday.