UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN VANFOSSAN,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN AMAYA, et al.,<br><br>    Defendants. | Case No.   1:20-cv-00173-DAD-EPG<br><br>ORDER GRANTING PARTIES' STIPULATION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 69) |

Plaintiff Benjamin VanFossan is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter is before the Court on the parties' stipulation to modify the scheduling order. (ECF No. 69). As grounds, the parties state that Plaintiff intends to serve limited written discovery, and an anticipated transfer to a different institution may result in a delay in him having his legal paperwork.

Finding good cause for an extension, IT IS ORDERED as follows:

1. The parties' stipulation to modify the scheduling order (ECF No. 69) is granted;
2. The scheduling order (ECF No. 41) is modified as follows:
    a. The deadline to complete non-expert discovery is extended until October 25, 2022, for the limited purpose of allowing Plaintiff to serve interrogatories to Defendants Amaya and Huerta and a request for production of documents relating to the schematics of the shower at California State Prison, Corcoran's 3B04 lower B Section;
    b. All motions to compel further discovery responses shall be filed by August

1

31, 2022; and

    c. All dispositive motions shall be filed on or before December 28, 2022.

IT IS SO ORDERED.

Dated: **June 17, 2022**     /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE