UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN VANFOSSAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN AMAYA, et al.,<br><br>　　　　Defendants. | Case No.   1:20-cv-00173-ADA-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE THE SETTLMENT CONFERENCE<br><br>(ECF No. 83) |

Plaintiff Benjamin VanFossan is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter is before the Court on Plaintiff's request to continue the settlement conference scheduled for November 6, 2023, because it will interfere with his employment and college courses. (ECF No. 83). The Court will grant the motion as specified below.[1]

Accordingly, IT IS ORDERED as follows:

1. Plaintiff's motion to continue the November 6, 2023 settlement conference is granted. (ECF No. 83).
2. The settlement conference scheduled for November 6, 2023, is vacated, to be continued to a date that remains to be set. (ECF No. 82).
3. The writ of habeas corpus ad testificandum requiring Plaintiff to be produced at California State Prison, Corcoran on November 6, 2023, is vacated. (ECF No. 82).

---

[1] The Court will not continue the settlement conference to the specific date Plaintiff requested, December 18, 2023, but will direct the parties to confer about a mutually agreeable date.

1

4. The Clerk of Court is directed to send a copy of this order to the following address: Warden, MCSP, P.O. Box 409099, Ione, California 95640.

5. Within seven days from the date of issuance of this order, defense counsel shall contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the settlement conference by videoconference for a date mutually convenient for all parties and the Court, but no later than January 31, 2024.

IT IS SO ORDERED.

Dated: __October 18, 2023__            /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE