UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN VANFOSSAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN AMAYA, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00173-NODJ-EPG (PC)<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 94) |

　　On January 25, 2024, the parties filed a joint stipulation, dismissing this action with prejudice, and with each party to bear their own attorney fees and costs. (ECF No. 94). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

　　Accordingly, the Clerk of Court is directed to close this case. All pending motions and deadlines are terminated. However, the Court retains jurisdiction over the litigation to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED.

　　Dated: __January 26, 2024__　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1